GERMANIA LIFE INS. CO. v. FISKE & CO., Inc. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Germania Life Insurance Company against Fiske & Co., Incorporated. No opinion. Motion granted, with $10 costs. Order filed. See, also, 135 N. Y. Supp. 1113.

GERMAN SAVINGS BANK IN NEW YORK, Respondent, v. DUNN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the German Savings Bank in New York against Catharine E. Dunn, impleaded with others. H. W. Simpson, for appellant. E. H. Westerfield, for respondent. No opinion. Order (135 N. Y. Supp. 56) affirmed, with $10 costs and disbursements, with leave to defendant to answer on payment of costs. Order filed.

GILLEN, Respondent, v. McALLISTER, Appellant, et al. (Supreme Court, Appellate Division, Second Dpartment. April 26, 1912.) Action by Daniel F. Gillen against James McAllister, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

GLEASON, Appellant, v. W. L. SCOTT LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by De Witt A. Gleason against the W. L. Scott Lumber Company. No opinion. Judgment affirmed, with costs.

GOLDBERG et al., Appellants, v. TUCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Harris Goldberg and another against Emma Tuck and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

GOLDBERG et al., Appellants, v. TUCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Harris Goldberg and another against Emma Tuck and another. No opinion. Judgment modified by striking out the words "on the merits," and, as so modified, affirmed, without costs. See, also, supra.

GOLDSTEIN, Appellant, v. McEWEN, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Melvine W. Goldstein against Margaret McEwen. H. S. Dottenheim, for appellant. J. W. Spencer, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

GOLDSTEIN v. SCHWARTZSCHILD & SULZBERGER. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Wolf Goldstein against Schwartz-schild & Sulzberger. No opinion. Motion granted, with $10 costs. Order filed. See, also, 145 App. Div. 923, 128 N. Y. Supp. 1124.

COLLIVET, Respondent, v. MAISON VIOLETTE, Inc., Appellant. (Supreme Court, Appellate Division, First Department. June 14 1912.) Action by James Collivet against Maison Violette, Incorporated. A. E. Alexander for appellant. F. X. Collum, for respondent No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOODRICH, Appellant, v. GOODRICH, Respondent. (Supreme Court, Appellate Division Third Department. May 28, 1912.) Action by Lilla Vane Goodrich against George Gains Goodrich. No opinion. Order affirmed, with $10 costs and disbursements.

GORHAM, Appellant, v. GALINGER et al. Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Clara M. Gorham against Harry H. Galinger and others. No opinion. Motion granted, without costs.

GORLITZER v. WOLFFBERG. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Mary Gorlitzer against Betty Wolffberg. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 1117.

G. P. PUTNAM'S SONS, Respondent, v. PICKETT, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by G. P. Putnam's Sons against William P. Pickett. H. Wintner, for appellant. H. M. Harmer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 817.

GRAEFFE, Appellant, v. WOLFSOHN, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Jessie M. Graeffe against Paula Wolfsohn. E. W. S. Johnston, for appellant. B. Loewy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GRAMERCY PARK CONST. CO., Appellant, v. RUSSO et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the Gramercy Park Construction Company against Pasquale Russo and another. W. P. Vining, for appellant. J. J. Corn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRAY v. CULVER et al. (Supreme Court, Appellate Division, Fourth Department. May

29, 1912.) Action by Alice E. Gray against Joseph Z. Culver and others. No opinion. Judgment affirmed, with costs.

GRAZIANO et al. v. MESSINA et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Rocco L. Graziano and others against Sabato Messina, impleaded with others. No opinion. Application denied, with $10 costs. Order signed.

GREATER NEW YORK FILM RENTAL CO., Appellant, v. MOTION PICTURE PATENTS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by the Greater New York Film Rental Company against the Motion Picture Patents Company and others. S. Untermyer, for appellant. D. Leventritt, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GREENBERG. (Supreme Court, Appellate Division, First Department. June 7, 1912.) In the matter of Joseph E. Greenberg. No opinion. Referred to official referee. Settle order on notice. See, also, 146 App. Div. 945, 131 N. Y. Supp. 531.

GREENE, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Charlotte Greene, as administratrix, against the Interborough Rapid Transit Company. B. H. Ames, for appellant. B. Gordon, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., and SCOTT, J., dissent.

GREINER v. BEYER et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Christine Greiner against Meyer Beyer and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

GRIFFITHS, Appellant, v. GRIFFITHS, Respondent. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Eleanor Griffiths against Henry W. Griffiths. G. Robinson, for appellant. E. A. Scott, for respondent. No opinion. Order affirmed. Order filed.

GRING, Appellant, v. AMERICAN PIPE & CONSTRUCTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by David Gring against the American Pipe & Construction Company. No opinion. Judgment unanimously affirmed, with costs, upon the opinion of Justice J. A. Kellogg (132 N. Y. Supp. 545) at Special Term.

GROGAN, Respondent, v. DOOLEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by James Grogan against James J. Dooley and others.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG and HOUGHTON, JJ., dissent.

GUNDERSON, Respondent, v. ALFRED E. NORTON CO., Appellant. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by George Gunderson against the Alfred E. Norton Company. E. C. Sherwood, for appellant. E. E. Miller, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to $1,639.05, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.
INGRAHAM, P. J., dissents, on the ground of want of proof of the defendant's negligence.

GUNHOUSE v. SHOLTZ et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Joseph L. Gunhouse against Michael Sholtz and James K. Atkinson, copartners, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

GUTIERREZ, Respondent, v. BULL, Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Kathryn O. Gutierrez against William L. Bull, Jr. C. C. Roberts, for appellant. C. S. Petrasch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HACKENSACK COAL & LUMBER CO. v. VANDERBILT. (Supreme Court, Appellate Term. June 21, 1912.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the Hackensack Coal & Lumber Company against Ernest C. Vanderbilt. From a judgment of the Municipal Court for plaintiff, defendant appeals. Reversed, and complaint dismissed. Woodford, Bovee & Butcher, of New York City, for appellant.
PER CURIAM. The affidavits submitted upon this appeal show conclusively that the defendant was never served with process in this action, and that he has never appeared herein in any manner sufficient to confer jurisdiction upon the court. Judgment reversed, and complaint dismissed, with costs.

In re HAGGARTY'S WILL. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) In the matter of the probate of the last will and testament of Ellen Haggarty, deceased. No opinion. Motion to open default denied, with $10 costs. See, also, 133 N. Y. Supp. 1124.